# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY BROWN,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>  Defendants<br>_____ / | CASE NO.   1:11-CV-01562-MJS (PC)<br><br>ORDER DENYING PLAINTIFF'S MISCELLANEOUS MOTIONS<br><br>(ECF Nos. 9, 10, 11) |

Plaintiff Joseph Anthony Brown, a federal prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983 and <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). (ECF No. 1.)   Plaintiff has consented to Magistrate Judge jurisdiction. (ECF No. 6.)

Plaintiff's September 15, 2011 Complaint was screened by the Court and dismissed for failure to state a claim with leave to amend by April 16, 2012. (ECF No. 12.)

Before the Court are Plaintiff's Ex Parte Motions to Change Pleading (ECF No. 9), Amend Proof of Service (ECF No. 10) and Change Pleading (ECF No. 11.) These motions are moot.

Plaintiff's Complaint having been dismissed, there is no action pending to be served. The Court will direct the United States Marshal to serve an amended complaint only after the Court has screened it and determined that it contains cognizable claims for relief against the named Defendants.

As to Plaintiff's motions to change pleading, he already has been given leave to amend. He has until April 16, 2012 to file an amended complaint consistent with the Court's March 14, 2012 screening order.

Plaintiff's motion at ECF No. 11 may be read as a request for records in the Court's docket. Plaintiff may make arrangements with the Court Clerk to obtain copies upon his submitting a money order covering the cost of copies at the Court's scheduled charge of $0.50 per page.

Accordingly, Plaintiff's Motion to Change Pleading (ECF No. 9), Motion to Amend Proof of Service (ECF No. 10) and Motion to Change Pleading (ECF No. 11) are hereby DENIED.

IT IS SO ORDERED.

Dated:   March 20, 2012              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE