# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY BROWN, | CASE NO. 1:11-cv-01562-MJS PC |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO AMEND OR SUPPLEMENT THE COMPLAINT |
| v. | (ECF No. 14) |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Plaintiff Joseph Anthony Brown, a federal prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983 and <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). (ECF No. 1.)   Plaintiff has consented to Magistrate Judge jurisdiction. (ECF No. 6.)

Plaintiff's September 15, 2011 Complaint was screened by the Court and dismissed for failure to state a claim, but Plaintiff was given leave to file an amended complaint provided he does so by April 16, 2012. (ECF No. 12.)

Before the Court is Plaintiff's Ex Parte Requested Motion and Motion to give Notice to Court of Added Supplemental Plea Change to Bivens Claims (ECF No. 14) which the Court construes as a motion to amend or supplement the Complaint.

This motion is moot.  Plaintiff's Complaint has been given leave to file an amended complaint by April 16, 2012. He should review the March 14, 2012 Screening  Order to

-1-

ensure his amended complaint complies with the terms of that Order.

Accordingly, Plaintiff's Ex Parte Requested Motion and Motion to give Notice to Court of Added Supplemental Plea Change to Bivens Claims (ECF No. 14) is hereby DENIED.

IT IS SO ORDERED.

Dated:   March 26, 2012              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE