UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY BROWN, | CASE No. 1:11-cv-01562-MJS (PC) |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO CLARIFY WHETHER PROCEEDING ON SECOND AMENDED COMPLAINT OR SEEKING LEAVE TO FILE AN AMENDED PLEADING |
| v. | |
| UNITED STATES OF AMERICA, et al., | (ECF Nos. 33, 34) |
| Defendants. | FOURTEEN (14) DAY DEADLINE |

Plaintiff Joseph Anthony Brown, a federal prisoner proceeding pro se filed this action on September 15, 2011 pursuant to 42 U.S.C. § 1983 and <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). (Compl., ECF No. 1.) On March 14, 2012, the Complaint was screened and dismissed, with leave to amend, for failure to state a claim. (Order Dismiss. Compl., ECF No. 12.) On May 2, 2012, Plaintiff's First Amended Complaint (First Am. Compl., ECF No. 16) also was dismissed for failure to state a claim with leave to amend. (Order Dismiss. First Am. Compl., ECF No. 22.) On August 24, 2012, Plaintiff (1) filed a motion to add a supplemental complaint (Mot. to Supp., ECF No. 33), and (2) lodged a second amended complaint. (Second Am. Compl., ECF No. 34.)

-1-

The Court is uncertain whether Plaintiff wishes to proceed upon the lodged Second Amended Complaint or seeks leave to file a third amended complaint. Plaintiff may not proceed on both the Second Amended Complaint and a supplemental complaint. Amended pleadings must be complete within themselves without reference to another pleading. Partial amendments are not permissible. Local Rule 220.

Accordingly, it is hereby ORDERED that Plaintiff, not later fourteen (14) days from service of this order, notify the Court in writing whether he wishes to proceed upon the lodged Second Amended Complaint or file a third amended complaint.

If Plaintiff fails to comply with this order, this action may be dismissed for failure to obey a Court order.

IT IS SO ORDERED.

Dated:   August 28, 2012            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE