UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY BROWN, | CASE No. 1:11-cv-01562-MJS (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S SECOND MOTION TO ADD AND AMEND PLEADINGS |
| v. | (ECF No. 39) |
| UNITED STATES OF AMERICA, et al., | THIRD AMENDED COMPLAINT MUST BE FILED BY OCTOBER 15, 2012 |
| Defendants. | |

Plaintiff Joseph Anthony Brown, a federal prisoner proceeding pro se filed this action on September 15, 2011 pursuant to 42 U.S.C. § 1983 and Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). (Compl., ECF No. 1.) Plaintiff consented to Magistrate Judge jurisdiction. (Consent, ECF No. 6.)

On March 14, 2012, the Complaint was screened and dismissed for failure to state a claim. (Order Dismiss. Compl., ECF No. 12.) On May 2, 2012, Plaintiff's First Amended Complaint (First Am. Compl., ECF No. 16) also was dismissed for failure to state a claim. (Order Dismiss. First Am. Compl., ECF No. 22.) On August 24, 2012, Plaintiff (1) filed a motion to add a supplemental complaint (Mot. to Supp., ECF No. 33),

and (2) lodged a second amended complaint. (Second Am. Compl., ECF No. 34.)

On August 29, 2012, the Court ordered that Plaintiff advise in writing whether he wished to proceed upon the lodged Second Amended Complaint or file a third amended complaint. (ECF No. 35.) On September 10, 2012, Plaintiff filed a motion (ECF No. 36) for, among other things, leave to file a third amended complaint. On September 12, 2012, the Court issued its order granting the request to file a third amended complaint by not later than October 15, 2012. (ECF No. 37.)

On September 14, 2012, Plaintiff filed a motion to add and amend his previously filed second amended complaint and supplemental complaint (ECF No. 38). The Court denied that motion on September 18, 2012. (ECF No. 40.) On September 17, 2012, Plaintiff filed a second motion to add and amend pleadings (ECF No. 39). It is that motion which is now before the Court.

Plaintiff's motion to add and amend (ECF No. 39) seeks relief identical to that previously denied under the Court's September 18, 2012 order, and for the reasons stated in that order is likewise subject to denial.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's motion to add and amend pleadings (ECF No. 39) is DENIED,
2. Plaintiff must file his third amended complaint by not later than October 15, 2012, and
3. If Plaintiff fails to file a third amended complaint in compliance with this order, this action will be dismissed with prejudice for failure to obey the Court's order and failure to state a claim.

IT IS SO ORDERED.

Dated:   September 21, 2012          /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE