# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ANTHONY BROWN, | CASE No. 1:11-cv-01562-MJS (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO ADD, AMEND, CORRECT AND CLARIFY THIRD AMENDED COMPLAINT |
| v. | (ECF No. 43) |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

Plaintiff Joseph Anthony Brown, a federal prisoner proceeding pro se, filed this action on September 15, 2011 pursuant to 42 U.S.C. § 1983 and <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971). (Compl., ECF No. 1.) Plaintiff consented to Magistrate Judge jurisdiction. (Consent, ECF No. 6.)

On March 14, 2012, the Complaint was screened and dismissed for failure to state a claim but Plaintiff was given leave to amend. (Order Dismiss. Compl., ECF No. 12.) On May 2, 2012, Plaintiff's First Amended Complaint (First Am. Compl., ECF No. 16) was similarly dismissed with leave to amend. (Order Dismiss. First Am. Compl., ECF No. 22.) On August 24, 2012, Plaintiff (1) filed a motion to add a supplemental

complaint (Mot. to Supp., ECF No. 33) and (2) lodged a second amended complaint. (Second Am. Compl., ECF No. 34.)

On August 29, 2012, the Court ordered that Plaintiff notify it in writing whether he wished to proceed upon the lodged Second Amended Complaint or file a third amended complaint. (ECF No. 35.) On September 24, 2012, Plaintiff filed his Third Amended Complaint. (ECF No. 42.) Also on September 24, 2012, Plaintiff filed a motion to add, amend, correct and clarify the Third Amended Complaint (ECF No. 43).  That latter motion is now before the Court.

The motion to add, amend, correct and clarify the Third Amended Complaint (ECF No. 43) is denied. Amended pleadings must be complete within themselves without reference to another pleading. Partial amendments are not permissible. Local Rule 220. Here Plaintiff seeks to impermissibly file a partial amendment supplementing the operative Third Amended Complaint.

Accordingly, for the foregoing reasons, it is HEREBY ORDERED that Plaintiff's motion to add, amend, correct and clarify (ECF No. 43) is DENIED.

IT IS SO ORDERED.

Dated:   September 26, 2012          /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE